**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00675-WJM-NRN

LILLEBABY, LLC,

        Plaintiff,

v.

SOUL US INC.,

        Defendant.

*DEMAND FOR JURY TRIAL*

---

**FED. R. CIV. P. 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL AGAINST DEFFENDANT SOUL US INC.**

---

    Plaintiff LILLEbaby, LLC, by and through its attorneys, and pursuant to FED.R.CIV.P. 41(a)(1)(A)(i), submits the foregoing Notice of Voluntary Dismissal Against Defendant Soul US Inc.

    1.    Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure provides, in pertinent part, that "the plaintiff may dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

    2.    This matter was filed on March 6, 2019. *See* Doc. No. 1.

    3.    Defendant Soul US Inc. has served neither an answer nor a motion for summary judgment in this case.

    LILLEbaby, LLC hereby dismisses Defendant Soul US Inc. from this action without prejudice in accordance with FED. R. CIV. P. 41(a)(1)(A)(i), with all parties to bear their own costs and attorneys' fees.

Respectfully Submitted,

Dated:  May 28, 2019

By: /s/ *Christopher L. Limpus*

Christopher L. Limpus
LIMPUS & LIMPUS
7723 Arlington Drive
Boulder, Colorado 80303
Telephone: (303) 731-9540
Chris@limpuslaw.com

Attorneys for Plaintiff LILLEbaby, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing has been served by forwarding said copy on this the 28th day of May 2019, via first class mail to:

Soul US Inc.
#82/2 New Timberyard Layout
Mysore Road
Bangalore KA 560026
India

/s/  Christopher L. Limpus
Christopher L. Limpus, Esq.